UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANCISCO ARCIBAL,<br><br>        Plaintiff,<br><br>v.<br><br>NATASHA KOCH, *et al.*,<br><br>        Defendants. | Case No. 2:23-CV-00630-CDS-BNW<br><br>**REPORT AND RECOMMENDATION** |

On May 1, 2023, this Court screened Plaintiff's Complaint and dismissed Plaintiff's claims without prejudice. ECF No. 3. However, the Court granted, Plaintiff leave to file an amended complaint no later than June 1, 2023. *Id.* The Court warned Plaintiff that failure to comply would result in a recommendation that this case be dismissed. *Id.* Though the time for doing so has passed, Plaintiff has failed to file an amended complaint.

**IT IS THEREFORE RECOMMENDED** that the case be dismissed without prejudice and closed.

### NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

**IT IS SO ORDERED.**

DATED: July 5, 2023.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE